In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00295-CV**
_____

**UNITED OF OMAHA LIFE INSURANCE COMPANY, Appellant**

**V.**

**JOHNNY COSTELLO, INDIVIDUALLY AND AS
SURVIVING SPOUSE OF FATIMA COSTELLO, Appellee**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-173,189**

**MEMORANDUM OPINION**

Appellant United of Omaha Life Insurance Company (also referred to as Mutual of Omaha Life Insurance Company) and Appellee Johnny Costello, individually and as surviving spouse of Fatima Costello, filed an agreed motion, signed by both Appellant and Appellee, requesting this Court to render judgment effectuating the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). There are no other parties to this appeal. The parties request in their joint motion

1

that, without regard to the merits, we reverse the trial court's judgment and render judgment that Appellee take nothing from Appellant and order that all parties bear their own costs. *See* Tex. R. App. 42.1(a)(2)(A), (d). The parties also requested the obligations of Appellant and Federal Insurance Company, as surety, on the Appeal Bond Number K40320738 filed December 17, 2021, be released and the surety be discharged. We grant the joint motion.

Accordingly, without regard to the merits, we reverse and render judgment that Appellee Johnny Costello, individually and as surviving spouse of Fatima Costello, take nothing from Appellant United of Omaha Life Insurance Company and order the parties to bear their own costs. *See id.* The obligations of Appellant and Federal Insurance Company, as surety, on Appeal Bond Number K40320738 filed December 17, 2021, are released and the surety is discharged.

REVERSED AND RENDERED.

PER CURIAM

Submitted on July 13, 2022
Opinion Delivered July 14, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.

2